# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>GURMEET KAUR,<br><br>Defendant. | No. 2:19-CV-2271-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for exclusion from the court's e-filing program. See ECF No. 5. Because pro se litigants are excluded from e-filing, plaintiff's request is granted. See Local Rule 133(b)(2).

IT IS SO ORDERED.

Dated: February 13, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1