1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    FREDERICK E. LEONARD,                      No.  2:19-CV-2271-TLN-DMC-P

12                  Plaintiff,

13          v.                                    ORDER

14    GARMEET KAUR,

15                  Defendant.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 42, to compel

19    Defendant to provide him a copy of the transcript of Plaintiff's deposition.  Plaintiff's motion is

20    denied.  See Fed. R. Civ. P .30(f)(3); see also Claiborne v. Battery, 2009 WL 530353, at *3 (E.D.

21    Cal. 2009) (denying request for a court order directing the defendant to provide a copy of

22    deposition transcript); Vanderbusch v. Chokatos, 2018 WL 3031488, at *2 (E.D. Cal. 2018)

23    (same); Boston v. Garcia, 2013 WL 116502, at *2 (E.D. Cal. 2013) (same).

24              While defendant has no obligation to provide a copy of the Plaintiff's transcript,

25    Defendant is directed to provide Plaintiff, within fifteen days of the date of this order, the contact

26    / / /

27    / / /

28    / / /

                                            1

information for the court reporter or other service that recorded or transcribed the Plaintiff's

deposition. If Plaintiff wishes to obtain a copy of the subject deposition, Plaintiff can then make

the necessary arrangements and payment to obtain the transcript.

          IT IS SO ORDERED.

Dated:  October 5, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2