IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>GARMEET KAUR,<br><br>Defendant. | No. 2:19-cv-02271-TLN-DMC<br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 6, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 54.) Timely objections to the findings and recommendations have been filed. (ECF No. 55.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The findings and recommendations filed December 6, 2021, are adopted in full;

3    2.    Defendant's motion for summary judgment, (ECF No. 37), is GRANTED;

4    3.    Plaintiff's cross-motion for summary judgment, (ECF No. 43), is DENIED; and

5    4.    The Clerk of the Court is directed to enter judgment and close this file.

6   DATED: February 16, 2022

_____
Troy L. Nunley
United States District Judge